Reversed and Remanded and Memorandum Opinion filed February 5, 2004









Reversed and Remanded and Memorandum Opinion filed
February 5, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01138-CV

____________

 

 

IN THE INTEREST OF N.M.R. and E.M.R.,
Minor Children

 



 

On Appeal from the
310th District Court

Harris County, Texas

Trial Court Cause No. 00-62455

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from an order in a suit to modify the
parent-child relationship signed July 30, 2003. 
On November 20, 2003, this Court ordered the parties to mediation.  On January 20, 2004, the mediator filed a
report stating that the case had settled.








Also on January 20, 2004, appellant James Michael Rau, and appellee Natalie May Moore, filed in this Court a signed
mediated binding settlement agreement as to all issues.  See Tex.
R. App. P. 42.1(a)(2).  As part of their agreement, the parties
request that the cause be remanded to the trial court for entry of an agreed
order in compliance with the terms of the mediated settlement agreement.  On February 2, 2004, the parties filed a
joint motion requesting the cause be remanded for entry of a judgment in
accordance with their agreement.  The
motion is granted.

Accordingly, the judgment is set aside without regard to the
merits and the cause is remanded to the trial court for rendition of an agreed
order in accordance with the terms of the parties= settlement agreement.  See Tex.
R. App. P. 42.1(a)(2).  Mandate shall issue immediately.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 5, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.